461 A.2d 869

Commonwealth v. Wongus, Appellant.

Argued February 17, 1983. Daniel H. Greene, for appellant; Mariana Coleman Sorensen, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.

461 A.2d 869

Commonwealth v. Wyatt, Appellant.

Submitted February 17, 1983. Buford W. Tatum, II, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.